**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

| | |
|---|---|
| IN RE: ESTATE OF FRED H. NAVARRA | : No. 167 WAL 2015 |
| | : |
| SANDRA ROBERTS NAVARRA, BY HER AGENT, CHRYSTIE CLARKE | : <br> : Petition for Allowance of Appeal from the <br> : Order of the Superior Court |
| v. | : <br> : <br> : <br> : |
| RICHARD E. NAVARRA, EXECUTOR OF THE ESTATE OF FRED H. NAVARRA AND THE ALLEGHENY GROUP, INC. | : <br> : <br> : <br> : <br> : |
| PETITION OF: RICHARD E. NAVARRA | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of August, 2015, the Petition for Allowance of Appeal is **DENIED**.